McMahon, C.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSELINE TOUZIN, | No. 15-cv-1618 (CM) |
| Plaintiff, | |
| -against- | STIPULATION |
| FIELDSTON OPERATING LLC d/b/a FIELDSTON LODGE CARE CENTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff SUSELINE TOUZIN ("Touzin") and defendant FIELDSTON OPERATING LLC d/b/a FIELDSTON LODGE CARE CENTER ("Fieldston"), by and through their respective attorneys of record, that Touzin's Complaint is voluntarily dismissed, without prejudice, against Fieldston without costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 18, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/15

Respectfully submitted,

GOLDBERG SEGALLA

/s/

Dove A.E. Burns, Esq.
Michael F. Lettiero, Esq.
100 Pearl Street, Suite 1100

LEVINE & BLIT, PLLC

Matthew J. Blit, Esq.
Justin S. Clark, Esq.
350 Fifth Avenue, Suite 3601

3821121.1

| | |
|---|---|
| Hartford, CT 06103 | New York, NY 10118 |
| Tel. (860) 760-3325 | Tel. (212) 967-3000 |
| dburns@goldbergsegalla.com | mblit@levineblit.com |
| mlettiero@goldbergsegalla.com | jclark@levineblit.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

SO ORDERED

_____

U.S.D.J.

6-19-2015

3821121.1